**Electronically Filed**
**Supreme Court**
**SCWC-12-0000711**
**07-NOV-2018**
**07:59 AM**

SCWC-12-0000711

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

TITLE GUARANTY ESCROW SERVICES, INC.,
a Hawaiʻi corporation, Respondent/Plaintiff-Appellee,

vs.

MICHAEL J. SZYMANSKI, Petitioner/Defendant,
Cross-Claimant, Third-Party Plaintiff, Third-Party Counterclaim
Defendant-Appellant,

and

WAILEA RESORT COMPANY, LTD., a Hawaiʻi corporation,
Respondent/Defendant, Cross-Claim Defendant-Appellee,

and

ADOA-SHINWA DEVELOPMENT CORPORATION, a Hawaiʻi corporation,
and SHINWA GOLF HAWAIʻI CO., LTD., a Hawaiʻi corporation,
Respondents/Third-Party Defendants,
Third-Party Counterclaimants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000711; CIV. NO. 02-1-0352(2))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., McKenna, Pollack, and Wilson, JJ., and
Circuit Judge Castagnetti, in place of Recktenwald, C.J., recused)

Petitioner/Defendant, Cross-Claimant, Third-Party

Plaintiff, Third-Party Counterclaim Defendant-Appellant Michael

J. Szymanski's application for writ of certiorari, filed on September 25, 2018, is hereby rejected.

DATED: Honolulu, Hawai'i, November 7, 2018.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Jeannette H. Castagnetti

